AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

RODNEY SCOTT KNUTSON,

    Plaintiff,

    v.

RN MARIA, NURSE BESSIE, MEDICAL DEPARTMENT, BENTON COUNTY CORRECTIONS,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-5017-JPH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Complaint is DISMISSED WITH PREJUDICE under 28 USC 1915A(b)(1) and 1915(e)(2).

August 11, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Renea Ferrante
*(By) Deputy Clerk*
Renea Ferrante